Bridget B. Hirsch (SBN 257015)
**BYRNES HIRSCH P.C.**
bridget@byrneshirsch.com
2272 Colorado Blvd., #1152
Los Angeles, CA 90041
(323) 387-3413

*Attorneys for Plaintiff*
*Pascal Languirand*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PASCAL LANGUIRAND, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>W CHAPPELL MUSIC CORP., a California corporation doing business as WB Music Corp.; UNIDISC MUSIC INC., a Canadian corporation doing business as Unitunes Music; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:22-cv-05725-DMG (ASx)<br><br>Assigned to Hon. Judge Dolly M. Gee<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

15104168.2

**NOTICE OF DISMISSAL WITH PREJUDICE**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Pascal Languirand hereby dismisses all claims in this action, with prejudice, with each party to bear his or its own attorneys' fees and costs.

Dated: January 24, 2023

BYRNES HIRSCH P.C.

By: _____
Bridget B. Hirsch

*Attorneys for Plaintiff
Pascal Languirand*